```
         UNITED STATES DISTRICT COURT FOR THE
                DISTRICT OF NEW HAMPSHIRE
```

Michael Stephen Levinson

      v.                                  Civil No. 11-cv-589-PB

New Hampshire Public Television, et al.

## O R D E R

I herewith approve the Report and Recommendations of Magistrate Judge Landya B. McCafferty dated January 9, 2012, no objection having been filed, for the reasons set forth therein. Plaintiff's Motion for Temporary Injunction (doc. no. 3) is denied.

    SO ORDERED.


February 2, 2012                      */s/ Paul Barbadoro*
                                         Paul Barbadoro
                                         United States District Judge


cc: Michael S. Levinson, pro se