UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Michael Stephen Levinson</u>

        v.                                               Civil No. 11-cv-589-PB

<u>New Hampshire Public Television , et al</u>

<u>O R D E R</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated March 6, 2012.   Plaintiff's complaint is dismissed for the reasons set forth therein.   The clerk shall enter judgment accordingly and close the case.

    SO ORDERED.


April 5, 2012                         */s/ Paul J. Barbadoro*
                                         Paul Barbadoro
                                         United States District Judge


cc:     Michael Stephen Levinson